**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Anthony Phillips
                        Plaintiff,

v.                                          Case No.: 1:09–cv–04668
                                          Honorable David H. Coar

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 30, 2010:

      MINUTE entry before Honorable David H. Coar: Motion hearing held on 3/30/2010 regarding motion to amend/correct[37]. As stated on the record, the plaintiff is granted leave to file a 2nd Amended Complaint. 2nd Amended complaint to be filed by 4/6/2010.REQUEST by Plaintiff Anthony Phillips to correct the caption of the previously filed first amended complaint [37] is denied as moot. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.